IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NEVRO CORP.,                              )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )    C.A. No. 19-325 (CFC)
                                          )
STIMWAVE TECHNOLOGIES, INC.,              )
                                          )
            Defendant.                    )

## NEVRO'S MOTION TO EXPEDITE DISCOVERY

Plaintiff Nevro Corp. ("Nevro") hereby requests that the Court shorten the time for Defendant Stimwave Technologies, Inc. ("Stimwave") to respond to requests for production and interrogatories served in connection with Nevro's Motion for Preliminary Injunction, filed contemporaneously, and order that Stimwave provide its objections within 7 days of service and its responses within 15 days of service.

The grounds for this motion are more fully set forth in the accompanying opening brief and the declaration of John R. Lanham filed herewith.  As explained in that brief, Nevro respectfully requests that the Court order Stimwave to provide written objections, if any, to Nevro's interrogatories and requests for production by April 23 (7 days after formal service of Nevro's requests) and to provide its answers and document production by May 1, 2019 (15 days after the formal service).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____
Rodger D. Smith II (#3778)
Lucinda C. Cucuzzella (#3491)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
ccucuzzella@mnat.com

OF COUNSEL:

*Attorneys for Plaintiff Nevro Corp.*

Michael A. Jacobs
Arturo J. Gonzalez
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000

Kenneth A. Kuwayti
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
(650) 813-5600
Bita Rahebi
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
(213) 892-5428

John R. Lanham
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040
(858) 314-7601

April 17, 2019

## **RULE 7.1.1 STATEMENT**

Pursuant to D. Del. LR 7.1.1, counsel for Plaintiff Nevro Corp. ("Nevro") certifies that counsel conferred with counsel for Defendant Stimwave Technologies, Inc. ("Stimwave") about the subject matter of the motion and relief sought, and counsel for Stimwave indicated that it opposes the motion and the relief sought.

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NEVRO CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-325 (CFC) |
| | ) | |
| STIMWAVE TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING
NEVRO'S MOTION TO EXPEDITE DISCOVERY**

Having considered Nevro's Motion to Expedite Discovery ("Motion"), the papers filed by the parties related to the Motion, and argument of counsel, the Court rules as follows:

IT IS HEREBY ORDERED that Nevro's Motion is GRANTED.  Stimwave shall provide its written objections, if any, to Nevro's First Set of Interrogatories and First Set of Requests for production if any, by April 23 and shall provide its substantive responses and document production by May 1, 2019.

Dated: _____

By: _____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 17, 2019, upon the following in the manner indicated:

David E. Moore, Esquire                                    *VIA ELECTRONIC MAIL*
Bindu A. Palapura, Esquire
Clarissa R. Chenoweth, Esquire
Tracey E. Timlin, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
*Attorneys for Defendant*

Catherine Nyarady, Esquire                                *VIA ELECTRONIC MAIL*
Crystal Lohmann Parker, Esquire
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
*Attorneys for Defendant*

/s/ Rodger D. Smith II
_____
Rodger D. Smith II (#3778)