IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEVRO CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-325 (CFC) |
| | ) |
| STIMWAVE TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF NEVRO'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Nevro Corp. ("Nevro") hereby requests this Court enter a preliminary injunction enjoining Defendant Stimwave Technologies, Inc. ("Stimwave") from infringing two of Nevro's patents, U.S. Patent Nos. 8,874,222 ("the '222 patent") and U.S. Patent No. 9,327,127 ("the '127 patent") (collectively, the "patents-in-suit") during the pendency of the above-captioned litigation.

The grounds for this motion are more fully set forth in the accompanying Opening Brief and the supporting Declarations of Ben Pless, David Caraway, William Rosenberg, and Todd Schoettelkotte (and exhibits attached to the Appendix) submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Lucinda C. Cucuzzella (#3491)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
ccucuzzella@mnat.com

*Attorneys for Plaintiff Nevro Corp.*

OF COUNSEL:

Michael A. Jacobs
Arturo J. Gonzalez
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
(415) 268-7000

Kenneth A. Kuwayti
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304-1018
(650) 813-5600
Bita Rahebi
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
(213) 892-5428

John R. Lanham
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA  92130-2040
(858) 314-7601

April 17, 2019

**RULE 7.1.1 STATEMENT**

Pursuant to D. Del. LR 7.1.1, counsel for Plaintiff Nevro Corp. ("Nevro") certifies that counsel conferred with counsel for Defendant Stimwave Technologies, Inc. ("Stimwave") about the subject matter of the motion and relief sought, and counsel for Stimwave indicated that it opposes the motion and the relief sought.

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 17, 2019, upon the following in the manner indicated:

David E. Moore, Esquire     *VIA ELECTRONIC MAIL*
Bindu A. Palapura, Esquire
Clarissa R. Chenoweth, Esquire
Tracey E. Timlin, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
*Attorneys for Defendant*

Catherine Nyarady, Esquire     *VIA ELECTRONIC MAIL*
Crystal Lohmann Parker, Esquire
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
*Attorneys for Defendant*

     */s/ Rodger D. Smith II*

     Rodger D. Smith II (#3778)